Submitted on record and briefs October 6, reversed and remanded December 13, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID ALAN BLANK,
*Appellant.*

03FE0138; A124596

149 P3d 330

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his judgment of conviction for possession of a Schedule II controlled substance, *former* ORS 475.992(4)(b) (2003), *renumbered as* ORS 475.840(3)(b) (2005), assigning error to the denial of his motion to suppress all evidence obtained as a result of a search of defendant's vehicle. Defendant argues that the evidence was obtained through an illegal search of the vehicle in violation of Article I, section 9, of the Oregon Constitution. The state concedes that, under *State v. Hall*, 339 Or 7, 115 P3d 908 (2005), which was decided after this trial, the trial court erred in denying the motion to suppress. We agree and accept the state's concession.

Reversed and remanded.